United States District Court

Eastern District of California

|  |  |
|---|---|
| William Guy, | |
| Plaintiff, | No. Civ. S 00-1598 LKK PAN P |
| vs. | Findings and Recommendations |
| California Department of Corrections, et al., | |
| Defendants. | |

-oOo-

Plaintiff is a prisoner, without counsel, prosecuting a civil rights action pursuant to 42 U.S.C. § 1983. He names the California Department of Corrections as a defendant.

Section 1983 creates a cause of action against any person who, under color of state law, deprives a citizen or person within the jurisdiction of the United Sates of a constitutional right. 42 U.S.C. § 1983. The state is not a person under section 1983 and this extends to "arms of the state." Will v. Michigan Department of State Police, 491 U.S. 58, 65-66, 70 (1989); see

also <u>Hale v. State of Arizona</u>, 993 F.2d 1387 (9th Cir. 1993) (Arizona Department of Corrections and agency supervising its prison industries were both arms of the state and therefore not "persons" under section 1983). The California Department of Corrections is not a person under section 1983.

Accordingly, I recommend that all claims against the California Department of Corrections be dismissed.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated: September 8, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge