United States District Court

Eastern District of California

William Guy,

       Plaintiff,                     No. Civ. S 00-1598 LKK PAN P

  vs.                               Order

California Department
of Corrections, et al.,

       Defendants.

                           -oOo-

    Plaintiff is a state prisoner without counsel prosecuting a civil rights action.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    The court of appeals has found the complaint states a claim that defendants delayed medical treatment for a month after he broke two ribs and an ankle, ignored his requests for further medical treatment and filed false disciplinary reports against him as a result of his filing of administrative grievances about his injuries.

1       Accordingly, the court hereby orders that:

2       1.  Plaintiff may cause process to be served upon defendants
3  Adams, Culverson, J. R. Depue, S. W. Haferkamp, C. Hooper,
4  Howery, Iwanek, M. Johnson, C. Kirshner, K. L. Markey, Claude
5  Mitchell, Orr, R. Phillips, Cheryl Pliler, Roberts, T. L.
6  Rosario, Valdez and Ybarry.

7       2.  The Clerk of the Court shall send plaintiff 18 USM-285
8  forms, one summons, an instruction sheet and one copy of the May
9  22, 2001, pleading.

10      3.  Within 30 days from service of this order, plaintiff
11 shall complete the attached Notice of Submission of Documents and
12 submit it to the court with the completed summons and USM-285
13 forms and 19 copies of the May 22, 2001, pleading.

14      4.  Upon receipt of the necessary materials, the court will
15 direct the United States Marshal to serve defendants Adams,
16 Culverson, J. R. Depue, S. W. Haferkamp, C. Hooper, Howery,
17 Iwanek, M. Johnson, C. Kirshner, K. L. Markey, Claude Mitchell,
18 Orr, R. Phillips, Cheryl Pliler, Roberts, T. L. Rosario, Valdez
19 and Ybarry pursuant to Federal Rule of Civil Procedure 4 without
20 payment of costs.

21      Dated:  September 13, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

United States District Court

Eastern District of California

William Guy,

       Plaintiff,          No. Civ. S 00-1598 LKK PAN P

  vs.                     Notice of Submission of Documents

California Department of Corrections, et al.,

       Defendants.

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __18__   completed forms USM-285

    __19__   copies of the __May 22, 2001__
                            Amended Complaint

Dated: _____

                              _____
                              Plaintiff