United States District Court

Eastern District of California

William Guy,

       Plaintiff,                          No. Civ. S 00-1598 LKK PAN P

  vs.                                  Order

California Department of
Corrections, et al.,

       Defendants.

-oOo-

    January 3, 2006, defendant Culverson requested an extension of time to file and serve a response to the complaint. Good cause appearing, defendant's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  January 5, 2006.

                                          /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge