IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

    Plaintiff,                      No. CIV S-00-1598 LKK PAN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On October 21, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Howery and Valdez was returned unserved because "Per CDC Locator, No info on Defn." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

1

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms along with an instruction sheet and a copy of the complaint filed May 22, 2001;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Three copies of the endorsed complaint filed May 22, 2001; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: February 28, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\guy598.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

    Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

No. CIV S 00-1598 LKK PAN P

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    __2__ completed USM-285 forms

    __3__ copies of the __May 22, 2001 Amended Complaint__

DATED:

_____
Plaintiff