IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

    Plaintiff,                   No. CIV S-00-1598 LKK PAN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.           ORDER

_____/

        On January 23, 2006, plaintiff filed a document entitled "Motion for Reconsideration in Response to Court Order Dated January 10, 2006." (Id.) On January 11, 2006, this court dismissed all of plaintiff's claims against the California Department of Corrections, but plaintiff's claims against the remaining defendants remained.

        In the instant request, plaintiff does not address the dismissal of the Department of Corrections, but appears to believe the January 11, 2006 order dismissed his entire case. (See January 23, 2006 Motion at 1 "dismissing the case at hand.") Plaintiff's case was not dismissed pursuant to the January 11, 2006 order. Thus, plaintiff's motion will be denied.

/////

1

Therefore, IT IS HEREBY ORDERED that plaintiff's January 23, 2006 motion is denied.

DATED: March 20, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/guy1598.den