IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

    Plaintiff,                       No. CIV S-00-1598 LKK PAN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.          ORDER

         Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

         On May 18, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Valdez was returned unserved because said defendant could not be located with the information provided; more specific information is required. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

         Accordingly, IT IS HEREBY ORDERED that:

/////

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed May 22, 2001;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Valdez;

    b. Two copies of the endorsed amended complaint filed May 22, 2001; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: August 4, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
guy1598.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

        Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

        /

No. CIV S-00-1598 LKK PAN P

NOTICE OF SUBMISSION

OF DOCUMENTS

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the May 22, 2001 Amended Complaint

DATED:

                                                  Plaintiff