IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

     Plaintiff,                    No. CIV S-00-1598 LKK EFB P

     vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

     Defendants.         ORDER

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 26, 2006, process directed to defendant Valdez was returned unexecuted because the California Department of Corrections and Rehabilitation could not locate him. On March 2, 2006, the court directed plaintiff to submit new information for service on this defendant.

     On October 2, 2006, plaintiff submitted papers for service of process but did not provide an address for defendant Valdez. He also filed a discovery request served on counsel for the other defendants in which he seeks defendant Valdez's address.

     Plaintiff has not complied with the August 8, 2006, order.

     It therefore is ORDERED that plaintiff has 20 days from the date of this order to submit the information necessary to serve defendant Valdez. Failure to comply with this order will

1 result in a recommendation that claims against Valdez be dismissed. The court takes no action
2 on plaintiff's October 2, 2006, discovery request. *See* L.R. 36-250. The Clerk of the Court is
3 directed to send to plaintiff one Form USM-285.

4 Dated: November 3, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE