IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

      Plaintiff,                     No. CIV S-00-1598 LKK EFB P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.           <u>ORDER</u>

                            /

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 6, 2006, plaintiff filed a set of interrogatories.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

////

////

////

1

1   Therefore, plaintiff's November 6, 2006, first set of interrogatories is stricken and the
2  Clerk of the Court shall make a notation on the docket to that effect.
3   So ordered.
4  Dated:  November 13, 2006.

*signature*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE