IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

      Plaintiff,　　　　　　　　　No. CIV S-00-1598 LKK EFB P

  vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.　　　　　　　　<u>ORDER</u>

                         /

      Plaintiff is a state prisoner seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Pursuant to the September 15, 2006, schedule, plaintiff was required to file a pretrial statement no later than June 1, 2007, and defendants were required to file their pretrial statement no later than June 15, 2007. Pretrial conference was scheduled for June 22, 2007, and trial is set for September 11, 2007.

      Defendants' March 2, 2007, motion for summary judgment is pending, and accordingly, the parties could not reasonably comply with the pretrial dates and be prepared for trial. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). These dates, therefore, must be vacated.

////

1     Accordingly, it hereby is ORDERED that the above dates are vacated. The court will set
2 a new pretrial schedule upon the conclusion of the summary judgment proceedings, if
3 appropriate.

4 Dated: July 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE