IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

       Plaintiff,                No. CIV S-00-1598 LKK EFB P

   vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

       Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.  He requests an extension of time to file and serve objections to the findings and recommendations filed December 6, 2007.  *See* Fed. R. Civ. P. 6(b).

      Plaintiff's December 20, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve objections to the December 6, 2007, findings and recommendations.

      So ordered.

DATED:  January 4, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE